FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 29 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEGRIA C. PHANKONSY,
  aka Marie Villanueva,
  aka Marie Phan,
  aka Alegria C. Phillips,

    Defendant.

2:11-CR-440-KJD-(CWH)

## ORDER OF FORFEITURE

On December 10, 2012, defendant ALEGRIA C. PHANKONSY, aka Marie Villanueva, aka Marie Phan, aka Alegria C. Phillips, pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging her in Count One with Health Care Fraud in violation of Title 18, United States Code, Section 1347; and in Count Two with Tax Evasion in violation of Title 26, United States Code, Section 7201, and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $11,100,000 set forth in the Plea Agreement and the Forfeiture Allegations in the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Plea Agreement, ECF No. 41; Change of Plea Minutes, ECF No. __.

This Court finds that ALEGRIA C. PHANKONSY, aka Marie Villanueva, aka Marie Phan, aka Alegria C. Phillips, shall pay a criminal forfeiture money judgment of $11,100,000 in United

States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), and (b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A) and (a)(7); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ALEGRIA C. PHANKONSY, aka Marie Villanueva, aka Marie Phan, aka Alegria C. Phillips, a criminal forfeiture money judgment in the amount of $11,100,000 in United States Currency.

DATED this 29th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Alegria Phankonsy
2:11-CR-440-KJD-CWH
Restitution List**

Internal Revenue Service $ 1,323,183.00
Attn: RACS/Misc. Stop 6261 (Restitution)
333 West Pershing Avenue
Kansas City, MO 64108

Center for Medicare and Medicaid Services (CMS) $ 11,100,000.00
PO Box 7520
Baltimore, MD 21207

Total $12,423,183.00